# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Gordon Flesch Co Inc | 11/30/2022 | Wire | $ 3,140.86 |
| Akorn Operating Company, LLC | Gordon Flesch Co Inc | 12/9/2022 | Wire | $ 281.10 |
| Akorn Operating Company, LLC | Gordon Flesch Co Inc | 1/13/2023 | Wire | $ 28,251.14 |
| Akorn Operating Company, LLC | Gordon Flesch Co Inc | 2/1/2023 | Wire | $ 1,673.69 |
| Akorn Operating Company, LLC | Gordon Flesch Co Inc | 2/14/2023 | Wire | $ 13,454.23 |
|  |  |  |  | $ 46,801.02 |